**DISMISS; Opinion Filed July 8, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00314-CV

### KARLA M. PITTS, Appellant
### V.
### PORTFOLIO RECOVERY ASSOCIATES, LLC, Appellee

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-00898-D**

## MEMORANDUM OPINION

Before Justices Lang, Myers, and Brown
Opinion by Justice Myers

The filing fee, docketing statement, and clerk's record in this case are past due. By postcard dated March 11, 2014, we notified appellant the $195 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. Also by postcard dated March 11, 2014, we notified appellant the docketing statement had not been filed in this case. We directed appellant to file the docketing statement within ten days. We cautioned appellant that failure to do so might result in dismissal of this appeal. By letter dated April 29, 2014, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide verification of payment or arrangements to pay for the clerk's record or to provide written documentation that she had been found entitled to proceed without payment of costs. We cautioned appellant that failure to do so would result in the dismissal of

this appeal without further notice. To date, appellant has not paid the filing fee, filed the docketing statement, provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).

/Lana Myers/
LANA MYERS
JUSTICE

140314F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

KARLA M. PITTS, Appellant

No. 05-14-00314-CV          V.

PORTFOLIO RECOVERY ASSOCIATES,
LLC, Appellee

On Appeal from the County Court at Law
No. 4, Dallas County, Texas
Trial Court Cause No. CC-13-00898-D.
Opinion delivered by Justice Myers.
Justices Lang and Brown participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee PORTFOLIO RECOVERY ASSOCIATES, LLC recover its costs of this appeal from appellant KARLA M. PITTS.

Judgment entered this 8th day of July, 2014.